**John W. THOMPSON'S ESTATE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 9487.**

Circuit Court of Appeals, Eighth Circuit.

Dec. 7, 1932.

L. D. Slattery, of St. Louis, Mo., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and O. J. Tall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., and Hayner N. Larson, and J. P. Jackson, Sp. Assts. to Atty. Gen., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals dismissed on motion of counsel for respondent under Rule 23.

**Edward THURSTON and W. F. & R. Boat Builders, Inc., Plaintiffs-Appellants, v. NORTHWESTERN FIRE & MARINE INSURANCE COMPANY, Defendant-Appellee.**

**No. 146.**

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1933.

Single & Hill, of New York City, for appellants.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**TRANSCONTINENTAL AIR TRANSPORT, Inc., et al., Appellants, v. UNITED STATES AIRWAYS, Inc.**

**No. 9619.**

Circuit Court of Appeals, Eighth Circuit.

Oct. 3, 1932.

Spencer F. Harris and Paul G. Koontz, both of Kansas City, Mo., for appellants.

Manvel H. Davis, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, at costs of appellants, per stipulation of parties.

**UNITED STATES of America, Appellant, v. Gordon G. BLACKMON, Appellee.**

**No. 3306.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 13, 1933.

Joseph A. Tolbert, U. S. Atty., of Greenville, S. C. (Bayless L. Guffy, Atty. Veterans' Administration, of Washington, D. C., James C. Willcox, Atty. Veterans' Administration, of Columbia, S. C., and O. A. Hydrick, Atty. Veterans' Administration, of Washington, D. C., on the brief), for the United States.

W. D. Workman, of Greenville, S. C., for appellee.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The point involved in this case is the same as that involved in the case of U. S. v. Clarence P. Arzner, 53 S. Ct. 238, 77 L. Ed. ——, decided by the Supreme Court of the United States on January 9, 1933; and, on the authority of that decision, the judgment of the court below is affirmed.

Affirmed.